**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-00926-REB

SHANTAE SHINHOLSTER,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**FINAL JUDGMENT**

---

     This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order for Judgment and Remand** [#13] entered by Judge Robert E. Blackburn on November 3, 2015, which order is incorporated herein by this reference.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**;

     2.  That this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

     3.  That judgment enters in favor of plaintiff and against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in ***Shalala v. Schaefer***, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993); and

     4.  That plaintiff is awarded her costs, to be taxed by the clerk of the court in the time and manner required by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28

U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 4th day of November, 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
    Kathleen Finney
    Deputy Clerk